UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LILLIAN TULLOCK, et al., )
)
        Plaintiffs, )
)
v. ) No. 4:05CV378 FRB
)
UNITED STATES OF AMERICA, )
)
        Defendant. )

### ORDER

Counsel for all parties having advised the Court that this matter has settled,

**IT IS HEREBY ORDERED** that the trial of this cause is removed from the Court's docket of July 16, 2007.

**IT IS FURTHER ORDERED** that this cause is passed for settlement to **August 2, 2007.**

**IT IS FURTHER ORDERED** that not later than **August 2, 2007,** the parties shall file with the Court a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this cause with prejudice unless additional time is sought to comply with the terms of this Order.

                                    /s/ Frederick R. Buckles
                                UNITED STATES MAGISTRATE JUDGE

Dated this _3rd_ day of July, 2007.